IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

WANDA JURRIAANS,               )
                               )
        Plaintiff,             )
                               )      CIVIL ACTION NO.
        v.                     )       3:17cv124-MHT
                               )         (WO)
ALABAMA COOPERATIVE            )
EXTENSION SYSTEM and           )
AUBURN UNIVERSITY,             )
                               )
        Defendants.            )

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 26) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(3) Defendants' motion to dismiss plaintiff's claims under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 623 (doc. no. 20) is granted, and plaintiff's ADEA-related claims against defendants are

dismissed with prejudice.

(4) Plaintiff's motion for leave to amend complaint (doc. no 26) is referred to the magistrate judge.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of September, 2017.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE