**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | |
|---|---|
| **WANDA JURRIAANS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALABAMA COOPERATIVE** )<br>**EXTENSION SYSTEM, et al.,** )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:17cv124-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motion to dismiss (doc. no. 45), it is ORDERED that the motion is granted, and defendant Steven Leath is dismissed and terminated as a party to this case, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further

proceedings.

DONE, this the 20th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE