# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| WANDA JURRIAANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:17cv124-MHT |
| | ) | (WO) |
| ALABAMA COOPERATIVE | ) | |
| EXTENSION SYSTEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Jurriaans's objections (doc. nos. 56 & 57) are sustained in part and overruled in part, as explained in the accompanying opinion.

(2) The United States Magistrate Judge's recommendation (doc. no. 55) is adopted in part and rejected in part, as explained in the accompanying opinion.

(3) The motion to dismiss some claims (doc. no. 39)

is granted in part and denied in part.

(4) The following claims are dismissed:

    (a) Plaintiff Jurriaans's ADEA claims against defendants Auburn University and Alabama Cooperative Extension Service in Count I.

    (b) To the extent such an ADEA claim was pled, plaintiff Jurriaans's claim for liquidated damages in Count I.

    (c) Plaintiff Jurriaans's Title VII claims for punitive damages in Count III.

    (d) Plaintiff Jurriaans's Title VII claims in Counts II and III against defendants Gary Lemme, Paul Brown, Chris McClendon, Kyle Kostelecky, and Stanley Windham.

(5) Plaintiff Jurriaans's alternative motions for leave to amend the complaint (doc. nos. 56 & 57) are denied as moot.

It is further ORDERED that the following claims against the following defendants remain in this

litigation: (1) plaintiff Jurriaans's ADEA age-discrimination claim (in Count I) for injunctive and any other appropriate non-damages relief against defendants Lemme, Brown, McClendon, Kostelecky, and Windham in their official capacities; and (2) plaintiff Jurriaans's Title VII sex discrimination and retaliation claims (in Counts II and III) against defendants Auburn University and Alabama Cooperative Extension Service.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 31st day of July, 2018.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**