IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA JURRIAANS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CASE NO: |
| v. ) | |
| ) | 3:17-CV-00124-MHT-CSC |
| ALABAMA COOPERATIVE ) | |
| EXTENSION SYSTEM; AUBURN ) | |
| UNIVERSITY; et. al. ) | |
| ) | |
| DEFENDANTS. ) | |

## PLAINTIFF'S SUBMISSION OF EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Comes Now** the Plaintiff Wanda Jurriaans and hereby submits the following evidentiary exhibit list referenced in Plaintiff's Brief in opposition the Defendants' Motion for Summary Judgment (Docs. 77 and 78). Exhibits are being filed contemporaneously as follows:

I. PLAINTIFF'S EXHIBIT LIST

| Exhibit Letter | Description |
|---|---|
| A | • Affidavit of Yvonne Bowens-Thomas<br>• EEOC Charge of Discrimination |
| B | • Certification and Acknowledgement of Anne Wilson, with affidavit attached |
| C | • Certification and Acknowledgement of Joseph Whitfield<br>• Certification and Acknowledgement of Laura Whitfield, with affidavit attached |
| D | • Certification and Acknowledgement of Courtney Panneton<br>• Certification and Acknowledgement of Laura Panneton, with affidavit attached |

| E | • Notarized Written Statement of Cathy Sorrell |
|---|---|
| F | • Intentionally Omitted |
| G | • Affidavit of Wanda Jurriaans |
| H | • Charge of Discrimination – Margaret Odom: EEOC Charge No. 420-2018-01597; affidavit attached |
| I | • Intentionally Omitted |
| J | • Charge of Discrimination – Melanie Allen: EEOC Charge No. 420-2018-02142; affidavit attached |
| K | • Charge of Discrimination – Wanda Carpenter: EEOC Charge No. 420-2018-02185; affidavit attached |
| L | • Charge of Discrimination – Sallie Hooker: EEOC Charge No. 420-2018-01673; affidavit attached |
| M | • Charge of Discrimination – Wanda Jurriaans: EEOC Charge No. 420-2016-02883; affidavit attached |
| N | • Charge of Discrimination – Wanda Jurriaans: EEOC Charge No. 420-2017-00544; affidavit attached |

II. **ADDITIONAL EXHIBITS**

In addition, the Plaintiff lists all pleadings of record and all exhibits submitted by the Defendants with their motion for summary judgment, including the depositions of Plaintiff Jurriaans and Defendants Lemme, Brown, Windham, McClendon, and Kostelecky.

Respectfully submitted this the 7th day of **December 2018**.

Wanda Jurriaans, Plaintiff

Julian L. McPhillips, Jr.
Attorney for Plaintiff
**McPHILLIPS SHINBAUM, L.L.P.**

516 South Perry Street
PO Box 64
Montgomery, Alabama 36101
Phone: (334) 262-1911
julianmcphillips@msg-lawfirm.com

_/s/ Tanika Finney_
Tanika Finney
Assistant Attorney for Plaintiff
Of Counsel to McPhillips Shinbaum, LLP
Law Office of Tanika L. Finney
516 South Perry Street, Suite 3-A
Montgomery, AL 36104
Phone: (334) 603-1353
Tanika@tlfinneylaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon all attorneys of record, any parties who are not represented by an attorney, and any additional relevant parties required to receive notice. Service via CM/ECF system on this 7th day of **December 2018**.

| | |
|---|---|
| Dorman Walker (dwalker@balch.com) <br> David R. Boyd (dboyd@balch.com) <br> John Naramore (jnaramore@balch.com) <br> Balch & Bingham LLP <br> Post Office Box 78 <br> Montgomery, AL 36101-0078 <br> Telephone: (334) 834-6500 <br> Facsimile: (334) 269-3115 | |

_/s/ Julian L. McPhillips, Jr._
Julian L. McPhillips, Jr.
Attorney for Plaintiff
**McPHILLIPS SHINBAUM, L.L.P.**
516 South Perry Street
Montgomery, Alabama 36104
Phone: (334) 262-1911
julianmcphillips@msg-lawfirm.com